AO450 (NVD Rev. 2/18) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

American European Insurance Company,

          Plaintiff,

v.

Liliana Guadian Perez,

          Defendant.

JUDGMENT IN A CIVIL CASE

Case Number: 2:22-cv-02039-JAD-NJK

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

JUDGMENT is entered in favor of Defendant and against Plaintiff. This action is dismissed without prejudice for want of prosecution. Case close.

04/12/2024
Date

DEBRA K. KEMPI
Clerk

/s/ R. Gador
Deputy Clerk